IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SOMBOUN SITHY,

    Plaintiff,

v.     Case No. 20-cv-735

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

    Defendant.[1]

ORDER

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Plaintiff be awarded $6,751.10 (six thousand seven hundred fifty-one dollars and ten cents) in fees and $0.00 (zero dollars and zero cents) in costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

Entered on this 12TH day of AUGUST 2021.

BY THE COURT:

_____
HON. JAMES D. PETERSON
United States District Judge